## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                  CASE NO.    3:13cr77LAC

GEORGE GUYTON CANNADY

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   November 20, 2014

Motion/Pleadings:   MOTION TO SEAL DEFENDANT'S MEMORANDUM IN AID OF SENTENCING (proposed sentencing memorandum also referred to Chambers)

Filed by  Defendant                    on   11/19/14              Doc.#  169

RESPONSES:

                                                on                           Doc.#

                                                on                           Doc.#

\_\_\_\_\_ Stipulated    \_\_\_\_\_ Joint Pldg.

\_\_\_\_\_ Unopposed    \_\_\_\_\_ Consented

                                          JESSICA J. LYUBLANOVITS, CLERK OF COURT

                                          *s/Mary Maloy*

LC (1 OR 2)                      Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of November, 2014, that:*

*(a) The relief requested is* **GRANTED.**

*(b)* _____

                                                          *s/L.A. Collier*
                                                       *LACEY A. COLLIER*
                                      *Senior United States District Judge*

Entered On Docket: _____ By: \_\_

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

Document No.