# United States District Court
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Time Commenced: 10:30am                         Case #   3:13cr77-002 LAC

Time Concluded: 11:05am                         Date   Tuesday, November 25, 2014

DOCKET ENTRY: SENTENCING as to Counts 1, 2 & 9: Custody of BOP for 24 months, with counts to run concurrently, one with the other; Supervised Release of 3 years, with counts to run concurrently, one with the other; Total Restitution of $283,375.00 to be paid to the Crime Victim Fund (up to $250,000.00 is to be joint and several with co-deft John Norman Sims); Total SMA of $300.00 ($100.00 each count). Counts 4, 6, 7 ,8, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 29, and 33: Dismissed upon Govt's oral motion. Deft allowed to voluntarily surrender to the Pensacola USM or designated institution by 12:00 noon on January 12, 2015.   SEE FORMAL JUDGMENT    Upon Govt's request, the Deft is ordered to surrender his passport to USPO.

PRESENT:     HONORABLE LACEY A. COLLIER      Senior Judge            Mary Maloy
                                                                   Deputy Clerk
 Mike Constantakos           Julie Wycoff                Stephen Kunz
        USPO                Court Reporter            Asst. U.S. Attorney


Defendant  George Guyton Cannady                      Bernard Grimm, Esq.
Present  X  custody      bond      O/R   X            X present      Apptd  X   Retained
                                                      Attorneys for defendant

__X__Deft does __X__does not_____ speak on own behalf

_ X__Court informs Deft of Right to Appeal


10:30am     Court in session
            Deft has no further objections to the PSR
            Deft speaks as to sentence to be imposed
10:36am     Court questions as to what role the Deft had in the conspiracy
            Deft responds
10:39am     Deft Cannady speaks on own behalf
10:43am     Govt responds
10:54am     Deft responds
10:55am     Court imposes sentence
            Deft advised of right to appeal
            Govt moves to dismiss remaining counts of the Indictment
            Court grants Govt motion
11:05am     Court adjourned




                                                   Filed in open court___11/25/14 ___
                                                   Initials of Courtroom Deputy  mm